# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| KING SHENG CO., LTD, et al., | ) |
| | ) |
|   Plaintiffs, | ) |
| | ) |
|     vs. | ) Cause No. 1:16-cv-3256-WTL-MPB |
| | ) |
| HOLLYWOOD ENGINEERING, INC., | ) |
| | ) |
|   Defendant. | ) |

## ENTRY ADMINISTRATIVELY CLOSING CASE

On February 8, 2018, this cause was stayed pending reexamination by the United States Patent and Trademark Office.  *See* Dkt. No. 67.  The Clerk is now directed to administratively close this case, subject to being reopened upon motion by either party.

SO ORDERED: 12/11/2018

_____
Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification